APRIL 15, 2011

No. 09–1403. ERICA P. JOHN FUND, INC., FKA ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC. v. HALLIBURTON CO.

ET AL. C. A. 5th Cir. [Certiorari granted, 562 U. S. 1127.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.